IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00229-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. J.D. CHRISTOPHER CLAFLIN,

       Defendant.

---

**AMENDED ORDER FOR WRIT OF HABEAS CORPUS**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce J.D. CHRISTOPHER CLAFLIN to Florence ADMAX SCP, Florence, Colorado to serve his adjudged sentence.

SO ORDERED this 29th day of January, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO